Andritch & Aed, A Professional Corporation
Michael J. Aed, CA SBN 204090
2140 Merced Street, Suite 102
Fresno, California  93721
Tel.   (559) 495-0200
Fax.   (559) 495-0123

Attorney for Defendant
Louis Amps

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:16-CR-00077-LJO |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| LOUIS AMPS, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

TO:     THE UNITED STATES DISTRICT COURT; UNITED STATES

ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for March 6, 2017, at 8:30 a.m., be continued to April 10, 2017, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Attorney, MICHAEL AED, due to his father passing unexpectedly on December 29, 2016. He was summoned to Chicago, Illinois to take care of his personal business, house, and financial affairs and to make

funeral arrangements. He did not return to the office until January 10, 2017. Counsel needs additional time to prepare for and litigate sentencing issues due to the above stated circumstances causing an inability to meet the deadlines originally imposed for the current sentencing dates. Counsel for Defendant has spoken with Federal Probation Officer, Michael Armistead, and Assistant U. S. Attorney, Kimberly Sanchez, who has no objection to this continuance.  The parties agree to exclude time based on further prep, investigation and negotiations etc.

Dated:  January 23, 2017        /s/ Michael J. Aed
                                Michael J. Aed
                                Attorney for Defendant


Dated: January 23, 2017.        UNITED STATES ATTORNEY'S OFFICE

                                /s/ Kimberly Sanchez
                                Kimberly Sanchez
                                Assistant U.S. Attorney

* * * * * * *

**O R D E R**

IT IS SO ORDERED.

   Dated:  **January 24, 2017**              **/s/ Lawrence J. O'Neill**

                                UNITED STATES CHIEF DISTRICT JUDGE