1  Legal Aed
   Michael J. Aed, CA SBN 204090
2  2140 Merced Street, Suite 102
   Fresno, California  93721
3  Tel.    (559) 825-4600
   Fax.   (559) 272-8411
4
   Attorney for Defendant
5  Louis Amps

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,            )        No. 1:16-CR-00077-LJO
                                )
13     v.                        )        STIPULATION TO CONTINUE
                                )                SENTENCING
14 LOUIS AMPS,                   )                   AND
                                )                 <u>ORDER</u>
15         Defendant.            )
16

17

18   TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES

19         ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

20   **IT IS HEREBY STIPULATED** and agreed by and between attorneys for the

21 respective clients that the Sentencing hearing currently on calendar for April 10, 2017, at

22 8:30 a.m., be continued to May 1, 2017, at 8:30 a.m., or as soon thereafter as is

23 convenient to the court's calendar.

24       This continuance is requested by counsel for Attorney, MICHAEL AED, due to

25 the matters were advertently set on a date that the Attorney will be out of the country.

26 Counsel has a pre-planned, pre-paid vacation to San Felipe, Mexico.  Counsel needs

additional time to prepare for and litigate sentencing issues due to the above stated circumstances causing an inability to meet the deadlines originally imposed for the current sentencing dates. Counsel for Defendant has spoken with Federal Probation Officer, Michael Armistead, and Assistant U. S. Attorney, Kimberly Sanchez, who has no objection to this continuance.  The parties agree to exclude time based on further prep, investigation and negotiations etc.

Dated:  February 9, 2017        /s/ Michael J. Aed
                                Michael J. Aed
                                Attorney for Defendant


Dated: February 9, 2017.        UNITED STATES ATTORNEY'S OFFICE

                                /s/ Kimberly Sanchez
                                Kimberly Sanchez
                                Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED.

   Dated:  **February 9, 2017**            /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE